AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>MARLON LEIVA-ORELLAHA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  8:26MJ12<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 13, 2026  in the county of  Douglas  in the
_____ District of  Nebraska , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Colton Graham, Special Agent with ATF
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date:  1/14/2026

_____
Judge's signature

City and state:  Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Colton Graham of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKROUND

1. Your Affiant, Colton Graham, is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, Omaha, Nebraska. Your Affiant is an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), that is an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated by statute in the United States Code, and the Nebraska Statutory Code. Your Affiant is authorized under the Federal Rules of Criminal Procedure, Rule 41(a)(1)(C) as a Federal law enforcement officer who is engaged in enforcing the criminal laws, and is within any category of officers authorized by the Attorney General to request a search warrant. As of January 22, 2025, the Attorney General authorized ATF to enforce Title 8 of the United States Code for immigration related charges.

2. Your affiant been so employed with ATF since March of 2022. As such, your affiant is empowered to conduct investigations and make arrests for offenses against the laws of the United States of America. During this time, your affiant has conducted and/or participated in investigations related to criminal activities. SA Graham has successfully completed the Federal Law Enforcement Training Center Criminal Investigator Training Program and the ATF National Academy Special Agent Basic Agent's course. Prior to being employed with the ATF, your affiant was employed with the Colorado Springs, Colorado Police Department (CSPD) for approximately

four years as a police officer and detective. Prior to being employed with CSPD, your affiant was employed with the Garden City, Kansas Police Department (GCPD) for approximately four years as a police officer. SA Graham has an associate degree in criminal justice from Central Arizona College.

## AFFIDAVIT PURPOSE

3. This affidavit is submitted to support a criminal complaint and application for arrest warrant for and against Marlon LEIVA-ORELLAHA, W/M, DOB XX/XX/1993.

4. Based on my training and experience and the facts set forth in this affidavit, your Affiant submits there is probable cause to believe that LEIVA-ORELLAHA violated 8 U.S.C. § 1326(a), illegally re-entering the United States after previously being removed.

5. Because this affidavit is submitted only to obtain a criminal complaint and arrest warrant, I have set forth only those facts I believe are necessary to establish probable cause for the above-mentioned offenses.

6. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## INVESTIGATION

7. On January 13, 2026, at approximately 9:31 a.m., members of the Omaha Police Department (OPD) were dispatched to 3869 Camden Ave Omaha, Nebraska, in regards to a ShotSpotter activation of four gun shots. One reporting party advised seeing a male exit a red pickup truck in the alley and fire rounds into the ground.

8. OPD officers arrived in the area and located, in the alley of 3869 Camden Avenue, a red Nissan pickup truck bearing North Carolina license plates LDD2093 with one male occupant. OPD officers contacted the male, later identified as LEIVA-ORELLAHA and

observed open containers of alcohol inside the vehicle and a firearm in plain view. During a search of the vehicle, officers also located 5.56 rifle ammunition. The firearm was seized and identified as a Walther pistol, model WMP, .22 magnum caliber, serial # WT018716. LEIVA-ORELLAHA was arrested and a post-*Miranda* interview was conducted by OPD Detective Martinez.

9. LEIVA-ORELLAHA stated he was drinking and listening to music when a "good song" came on. LEIVA-ORELLAHA stated he started shooting into the ground. Detective Martinez asked LEIVA-ORELLAHA what the 5.56 rifle rounds were for and LEIVA-ORELLAHA replied he and his friends were shooting (at an unknown location) on Christmas or New Years Eve. LEIVA-ORELLAHA stated he didn't have any other firearms in his residence. LEIVA-ORELLAHA stated the firearm located in his vehicle belonged to his wife. He described the firearm as a black firearm, .22 caliber, unknown of the make and model.

10. LEIVA-ORELLAHA was transported and lodged in the Douglas County Corrections Center for unlawful discharge of a firearm. LEIVA-ORELLAHA bonded out of jail prior to HSI/ICE placing an immigration detainer on him.

11. According to the Department of Homeland Security Investigations (HSI), LEIVA-ORELLAHA is a foreign national and citizen of Honduras. LEIVA-ORELLAHA illegally entered the United States at an unknown date and location and was contacted by immigration enforcement on 09/20/2023 and was placed into removal proceedings. On 10/26/2023, LEIVA-ORELLAHA was ordered to be removed by an immigration judge. On 11/22/2023, LEIVA-ORELLAHA was deported from the United States to Honduras via ICE Air. LEIVA-ORELLAHA has since entered the United States illegally, without inspection, at an area and date unknown.

## CONCLUSION

12. Based on the aforementioned information, your Affiant submits that probable cause exists that on or about January 13, 2026, in the District of Nebraska, the defendant, LEIVA-ORELLAHA, was illegally in the United States after previously being removed, in violation of Title 8 U.S.C. § 1326(a).

13. As such, your Affiant respectfully requests that the Court issue a criminal complaint and arrest warrant against LEIVA-ORELLAHA.

14. Affiant also requests that this affidavit and the arrest warrant and any accompanying documents be sealed until such time that LEIVA-ORELLAHA is arrested on this warrant and/or a detainer is placed on him.

I, Colton Graham, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, (ATF), being duly sworn, hereby depose and state that the above-mentioned information is true to the best of my knowledge and belief.

_____
Colton Graham
ATF Special Agent

Sworn to before me by telephone or other reliable electronic means:

Date: January 14, 2026

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge